MIRIAM NEWMAN NEUGASS, Respondent, v. JACOB KIEFER NEWMAN, Appellant, Impleaded with Another.— Order reversed, with twenty dollars costs and dis-

bursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.